LA

**FILED**

MAR 06 2019 ᴠᴀ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SCHOCK FOR CONGRESS

No.: **19CR 209**

Violations: Title 52, United States Code,
Sections 30102(c)(5) and
30109(d)(1)(A)(ii)

JUDGE KENNELLY

The UNITED STATES ATTORNEY charges:

On or about October 15, 2014, in Peoria, Illinois, and elsewhere, the defendant,

SCHOCK FOR CONGRESS,

knowingly and willfully committed a violation Title 52, United States Code, Section

30102(c)(5), involving expenditures aggregating $2,000 or more, but less than

$25,000, during a calendar year, by failing to maintain vouchers, worksheets,

receipts, bills or accounts that would provide in sufficient detail the necessary

information and data from which filed reports and statements of Schock for Congress

could be verified, explained, clarified, and checked for accuracy and completeness;

In violation of Title 52, United States Code, Sections 30102(c)(5) and

30109(d)(1)(A)(ii).

_John R. Lausch_
UNITED STATES ATTORNEY